# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ISAIAH L. CRAIG, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:13-cv-02280-WMA |
| | ) |
| **TRANS UNION, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS TRANS UNION, LLC WITH PREJUDICE

COMES NOW the Plaintiff and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Trans Union, LLC as follows:

1. The Plaintiff and Defendant Trans Union, LLC have resolved their differences and desire that the claims against the Defendant Trans Union, LLC be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Trans Union, LLC.

Respectfully submitted,

/s/ M. Stan Herring
M. Stan Herring **(ASB-5819-t82j)**
John G. Watts  **(ASB-1074-n-72m)**
**Watts & Herring, LLC**
301 19th Street North
Birmingham, AL  35203
(205) 879-2447
(888) 522-7167 Fax
stan@wattsherring.com
john@wattsherring.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded on **November 7, 2014**, to the all counsel of record as follows:

**ALYSON V. BLATNEY**
**PAUL L. MYERS**
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, TX  75034

**MATTHEW W. ROBINETT**
**NORMAN, WOOD, KENDRICK & TURNER**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205

*Attorneys for Defendant*

/s/ M. Stan Herring
**OF COUNSEL**

2