FILED
2014 Nov-10 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ISAIAH L. CRAIG, JR., | } |
| Plaintiff, | } |
| | } CIVIL ACTION NO. |
| v. | } 2:13-CV-2280-WMA |
| TRANS UNION, LLC, | } |
| Defendant. | } |

## ORDER

Pursuant to plaintiff's Motion to Voluntarily Dismiss Trans Union, LLC with Prejudice (doc. 30) filed on November 7, 2014, the above-entitled action is hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own respective costs.

Trans Union LLC's Motion for Referral to Mediation or Settlement Conference (doc. 20) is **TERMED** as **MOOT**

DONE this 10th day of November, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE